## Charles J. Russell, Plaintiff-Appellant, v. Louis Melind Company et al., Defendants-Appellees.

**Gen. No. 45,771.**

Charles J. Russell, for appellants; Ross S. Welch, for appellees. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed October 22, 1952; rehearing denied November 7, 1952; released for publication November 17, 1952.